ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JESUS LOPEZ-CASTELLANOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-02-5140 AWI |
| Plaintiff, | STIPULATION FOR CONTINUANCE AND ORDER THEREON |
| vs. | |
| JESUS LOPEZ-CASTELLANOS, | |
| Defendant. | |

   IT IS HEREBY STIPULATED between the Defendant, Jesus Lopez-Castellanos, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Marlon Cobar, that the hearing now set for May 2, 2005, be continued to May 16, 2005, at 9:00 a.m.  It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

>        Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;
>
>        Title 18, United States Code, Section

3161(h)(8)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

                    Respectfully submitted,

Dated: April 27, 2005

                    /s/ Anthony P. Capozzi

                    ANTHONY P. CAPOZZI,
                    Attorney for Defendant,
                    Jesus Lopez-Castellanos

Dated:  April 27, 2005
                    /s/ Marlon Cobar
                    Marlon Cobar
                    Assistant United States Attorney

**ORDER**

Good cause having been shown, the hearing set for May 2, 2005, is vacated and continued to May 16, 2005, at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

IT IS SO ORDERED.

**Dated:   April 28, 2005**        **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE

2